IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ADRIAN EASLEY**                                                                                   **PLAINTIFF**

**V.**                    **CASE NO. 3:18-CV-87-BD**

**SOCIAL SECURITY ADMINSTRATION**                               **DEFENDANT**

## **ORDER**

Plaintiff Adrian Easley's motion for leave to proceed *in forma pauperis* (docket entry #1) is GRANTED. Ms. Easley's counsel is directed to prepare a summons, to be issued by the Clerk of Court, and to serve the complaint upon the Defendant.

DATED this 9th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE